IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WOODS, #185448, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:10cv20-ID |
| | ) |
| RAYMOND RODGERS, SHERIFF | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On May 26, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the motion and the file in this case, and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. That the plaintiff's motion to dismiss the complaint (Doc. # 22) be and is hereby GRANTED; and

3. That this case be and is hereby DISMISSED without prejudice.

Done this the 18th day of June, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE